

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-21-00226-CV**

**IN RE MONICA LOIZOS**

**From the 278th District Court**
**Walker County, Texas**
**Trial Court No. 2029813**

**Original Proceeding**

# MEMORANDUM OPINION

Relator's petition for writ of mandamus is denied.


STEVE SMITH
Justice

Before Chief Justice Gray,
     Justice Johnson,
     and Justice Smith
Petition denied
Opinion delivered and filed March 2, 2022
[OT06]

